Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

2011 JAN -3 PM 1: 10

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 09-22285 |
| --- | --- |
| ROBERT LEE FARRIS SR. | Chapter 7 |
| SYLVIA ANN LOWE FARRIS | Judge: JUDITH A. BOULDEN |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

__x__ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| 3 | Rc Willey Home Furnishings<br>Attn: Bankruptcy<br>Po Box 65320<br>Salt Lake City, UT 84165 | 4.99 |

3

A check in the amount of $4.99 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 1st day of January, 2011.

_____
PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 1st day of January, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

BARRETT, DOUGLAS L.
1149 WEST CENTER STREET
OREM, UT 84057


_____

Date: 12/31/10

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 09-22285 - FARRIS SR., ROBERT LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Rc Willey Home Furnishings**<br>Attn: Bankruptcy<br>Po Box 65320<br>Salt Lake City, UT 84165 | 000003 | 361.05 | 4.99 |
| ---------- Remittance Total --------------- | | 361.05 | 4.99 |

PHILIP G. JONES, Trustee